**Michael H. BOSTRON, Plaintiff–Appellant,**

and

**Maurice R. Dubois; John E. Boyer, Plaintiffs,**

v.

**Kenneth S. APFEL, Commissioner of Social Security, Defendant–Appellee.**

No. 00–2238.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2000.

Decided Jan. 18, 2001.

Michael H. Bostron, pro se. Larry David Adams, Assistant United States Attorney, Baltimore, MD, for appellee.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Michael H. Bostron appeals the district court's order granting judgment as a matter of law to the Commissioner in Bostron's civil action in which he alleged employment discrimination claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bostron v. Apfel,* 104 F.Supp.2d 548 (D.Md.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*